IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heriberto Landeros-Lopez,<br><br>  Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.<br><br>  Respondents. | No. CV 06-2507-PHX-MHM<br><br>**ORDER** |

    Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 20, 2006. On March 19, 2007, Respondents filed their response to Petitioner's Petition for Writ of Habeas Corpus. No reply was filed. On May 8, 2008, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed.

    In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

    Based on an independent review of the record in this case, the Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge and finds this action should be dismissed in its entirety as untimely.

/ / /

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2  as the order of this Court [13].
3  IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
4  with prejudice [1].
5  IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
6  DATED this 9th day of July, 2008.

Mary H. Murgula
United States District Judge

- 2 -